UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-24428-MORENO/O'SULLIVAN

CARLOS LEON,

      Plaintiff,

vs.

ATLASS SYSTEM INC. AND
NICOLA MIELE,

      Defendants.

_____/

### PLAINTIFF'S MOTION TO COMPEL FACT INFORMATION SHEETS

Plaintiff, Carlos Leon, pursuant to Fed. R. Civ. P. 69, Fla. R. Civ. P. 1.560, Local Rule

7.1, and other applicable Rules and laws, requests the Court to compel Defendants, Atlass

System Inc. and Nicola Miele, as follows:

1.      Rule 69(a)(2) of the Federal Rules of Civil Procedure entitles a prevailing party to

employ discovery in furtherance of execution on a judgment:

> In aid of the judgment or execution, the judgment creditor or a successor in interest
> whose interest appears of record may obtain discovery from any person--including the
> judgment debtor--as provided in these rules or by the procedure of the state where the
> court is located.

2.      Rule 1.560(c) of the Florida Rules of Civil Procedure, in turn, permits a judgment

creditor such as Mr. Leon to request of the Court the following:

> In addition to any other discovery available to a judgment creditor under this rule, the
> court, at the request of the judgment creditor, **shall order the judgment debtor or
> debtors to complete form 1.977, including all required attachments, within 45 days
> of the order or such other reasonable time as determined by the court**.

3.      Having secured a judgment against both Defendants, Mr. Leon requests that the Court enter an Order requiring that each Defendant complete Florida Form 1.977, including all attachments, within 30 days. *See Whitwam v. JetCard Plus, Inc.*, 2014 WL 6433226 (S.D. Fla. Nov. 13, 2014.)

4.      Plaintiff further requests that the Court require Defendants to complete Florida Form 1.977, including all attachments, and "to fax and/or hand-deliver the same to Plaintiff's Counsel" within 30 days hereof. *Rodriguez v. Super Shine & Detailing, Inc.*, 2013 WL 4786596, at *4 (S.D. Fla. Sept. 6, 2013).

5.      Plaintiff attaches his proposed Form 1.977 directed to Defendant, Atlass System Inc, as Exhibit "1", and his proposed Form 1.977 directed to Defendant, Nicola Miele, as Exhibit "2".

WHEREFORE Plaintiff, Carlos Leon, requests that the Court enter an Order in accordance with the foregoing Motion and to award such other and further relief as the Court deems just and proper.

## RULE 7.1 CERTIFICATION

Counsel for the movant has conferred with all parties or non-parties ho may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, but he could not obtain a response from Defendants after sending a conferral letter regarding same.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 11th day of May, 2016, which will effect service on all who appear in this action, and by U.S. Mail on Defendants, Atlass

System, Inc., and Nicole Miele, 14460 Hickory Court, Davie, FL 33325 (the address where served with process in this action).

FAIRLAW FIRM
*Counsel for Plaintiff*
8603 S. Dixie Highway
Suite 408
Miami, FL 33143
Tel:    305.230.4884
Fax:    305.230.4844

*s/Brian H. Pollock, Esq.*
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com