UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-24428-CIV-MORENO

CARLOS LEON,

        Plaintiff,

vs.

ATLASS SYSTEM INC. and NICOLA MIELE,

        Defendants.
_____/

## FINAL JUDGMENT FOR FEES AND COSTS

THIS CAUSE came before the Court upon its Order Adopting the Magistrate's Report and Recommendation and Granting in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees and Costs **(D.E. 20)**, filed on <u>May 11, 2016</u>. It is hereby

**ADJUDGED** that Plaintiff CARLOS LEON shall recover from Defendants ATLASS SYSTEM INC. and NICOLA MIELE attorney's fees and costs in the amount of $3,791.50. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of May, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record