UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-24428-CIV-MORENO

CARLOS LEON,

        Plaintiff,

vs.

ATLASS SYSTEM INC. and NICOLA MIELE,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FACT INFORMATION SHEETS

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Fact Information Sheets **(D.E. 19)**, filed on **May 11, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _19_ of May 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record